Send JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

Case No. CV 94-3107-DT          Date: ⌐November 1, 1999⌐
Appeal No: 94-56774

Title: Practice Management Information Corp. vs American Medical

===========================================================================

PRESENT:    THE HONORABLE DICKRAN TEVRIZIAN, JUDGE


   __Minna Neumaier__                    __Lori Muraoka__
   Courtroom Deputy                     Court Recorder


ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Paul Stewart                           Mark Haddad
                                       Jonathan Brenner


PROCEEDINGS: *FILING & SPREADING THE MANDATE FROM THE 9TH CIRCUIT COURT OF
             APPEALS & STATUS CONFERENCE*


THE COURT ORDERS the mandate from the 9th Circuit Court of Appeals filed
and spread upon the minutes of this U.S. District Court affirming in
part, reversing in part, vacating and remanding for entry of judgment in
favor of plaintiff Practice Management on its copyright misuse claim
filed on August 6, 1997 and as amended on January 9, 1998. Each side to
bear their own costs on appeal.



ENTERED ON ICMS

NOV - 2 1999

CV

MIN FORM-APPEALS-CV 48                  Initials of Deputy Clerk MN

NOV 02 1999