Joseph R. Re (CA State Bar No. 134,479)
Paul A. Stewart (CA State Bar No. 153,467)
KNOBBE, MARTENS, OLSON & BEAR, LLP
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA 92660
Telephone:  (949)760-0404
Facsimile:  (949)760-9502

Attorneys for Plaintiff/Counterdefendant,
PRACTICE MANAGEMENT INFORMATION CORPORATION

Jack R. Bierig
SIDLEY & AUSTIN
One First National Plaza
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant/Counterclaimaint,
AMERICAN MEDICAL ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PRACTICE MANAGEMENT INFORMATION CORPORATION, a California corporation<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL ASSOCIATION, an Illinois non-profit corporation<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>CV 94-3107 DT (GHKx)<br><br>STIPULATION DISMISSING ALL PENDING CLAIMS AND COUNTERCLAIMS |

FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LOGGED
CLERK, U.S. DISTRICT COURT
APR 27 2000
CENTRAL DISTRICT OF CALIFORNIA
BY

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 2 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Plaintiff Practice Management Information Corporation and Defendant American Medical Association have entered into a comprehensive settlement agreement. In accordance with that settlement agreement, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby **STIPULATE** to the dismissal with prejudice of all pending claims and counterclaims in this action, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: __4/24/2000__          By: _____
                              Joseph R. Re
                              Paul A. Stewart
                              Attorneys for Plaintiff/Counter-
                              Defendant, PRACTICE MANAGEMENT
                              INFORMATION CORPORATION


SIDLEY & AUSTIN


Dated: __4/26/200?__          By: _____
                              Jack R. Bierig
                              Attorneys for Defendant/Counter-
                              Claimaint, AMERICAN MEDICAL
                              ASSOCIATION


IT IS SO ORDERED:
4-28-00
DATE: DICKRAN TEVRIZIAN

DICKRAN TEVRIZIAN
United States District Judge

H:\DOCS\PAS\PAS-1596.DOC

-1-

<u>PROOF OF SERVICE</u>

I am a citizen of the United States of America and I am employed in Newport Beach, California. I am over the age of 18 and not a party to the within action. My business address is 620 Newport Center Drive, Sixteenth Floor, Newport Beach, California. On April 27, 2000, I served the within **STIPULATION DISMISSING ALL PENDING CLAIMS AND COUNTERCLAIMS** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA FIRST CLASS MAIL:

Jonathan M. Brenner
Mark E. Haddad
SIDLEY & AUSTIN
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013-1010

VIA FIRST CLASS MAIL:

Jack R. Bierig
Henry L. Mason III
SIDLEY & AUSTIN
Bank One Plaza
10 S. Dearborn Street, 55th Fl.
Chicago, Illinois 60603

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 27, 2000 at Newport Beach, California.

_____
Marina Velardi

H:\DOCS\PAS\PAS-1596.DOC
042700